[No. 12492-1-II. Division Two. August 20, 1990.]

THE STATE OF WASHINGTON, *Respondent*, v. BRIAN HODGSON, *Appellant*.

Appeal from a judgment of the Superior Court for Thurston County, No. 87-1-00461-2, Paula Casey, J., entered December 1, 1988. *Affirmed* by unpublished opinion per Petrich, A.C.J., concurred in by Worswick, J., and Petrie, J. Pro Tem. Now published at 60 Wn. App. 12.

[No. 10046-4-III. Division Three. August 21, 1990.]

AMBER J. LOCKETT, *Respondent*, v. CARPENTER LAND DEVELOPMENT, LTD., *Appellant*.

Appeal from a judgment of the Superior Court for Pend Oreille County, No. 84-2-00050-0, John A. Schultheis, J., entered May 27, 1989. *Affirmed in part, modified in part, and reversed* by unpublished opinion per McInturff, J. Pro Tem., concurred in by Green, A.C.J., and Thompson, J.

[No. 12452-1-II. Division Two. August 22, 1990.]

TOMMY R. UNDERWOOD, ET AL, *Respondents*, v. TITUS–WILL FORD SALES, INC., ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Pierce County, No. 81-2-03756-4, D. Gary Steiner, J., entered November 17, 1988. *Reversed* by unpublished opinion per Alexander, C.J., concurred in by Reed and Worswick, JJ.